IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**FRANKIE JOE BROWN**

    **Defendant.**　　　　　　　　　　　　**Case No. 06-cr-30110-DRH**

## ORDER

**HERNDON, District Judge:**

    This matter is before the Court on Defendant's First Motion to Continue Trial Setting (Doc. 19). This matter is presently set for trial on October 30, 2006. However, in his Motion, Defendant represents that a plea agreement has been reached between himself and the Government and a change of plea hearing scheduled for November 8, 2006. However, a continuance of trial date is necessary in the event that Defendant should thereafter ultimately choose not to accept the plea agreement and proceed with trial. The Government does not appear to oppose this continuance. Defendant further states that a continuance would be in the interests of justice and not merely for purposes of needless delay.

    The Court finds that although both Defendant and the public have an interest in the expedient adjudication of criminal matters, Defendant also has a right to attempt to negotiate a plea agreement and plead to the charges, if he so chooses.

Therefore, for the above state reasons, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial and to prevent a miscarriage of justice. Accordingly, the Court **GRANTS** Defendant's Motion to Continue (Doc. 19). The Court **CONTINUES** the **JURY TRIAL** scheduled for Monday, October 20, 2006 at 9:00 a.m. to **Monday, November 27, 2006 at 9:00 a.m.** The time from the date the original Motion to Continue (Doc. 19) was filed, October 19, 2006, until the date to which the trial is rescheduled, November 27, 2006, is **EXCLUDABLE TIME** for the purposes of speedy trial.

    **IT IS SO ORDERED.**

    Signed this 23rd day of October, 2006.

    /s/    David   RHerndon
**United States District Judge**