IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANKIE JOE BROWN,

    Defendant.      Case No. 06-cr-30110-DRH

### ORDER

**HERNDON, District Judge:**

    Now before the court is Defendant's Motion to Continue Sentencing Hearing filed (Doc. 24). Defendant requests a continuance as his counsel will be unavailable for the hearing as currently set, due to a personal obligation that cannot be rescheduled. The Motion also states that the Government consents to a continuance. Therefore, the Court **GRANTS** the Motion (Doc. 24) and **CONTINUES** the sentencing hearing scheduled for February 16, 2007, to **June 1, 2007 at 9:30 a.m.**

    IT IS SO ORDERED.

    Signed this 22nd day of January, 2007.

    /s/    David RHerndon
**United States District Judge**